IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ERIC FERGUSON** | ) | Case No. 20-17679 |
| | ) | Honorable Timothy A Barnes |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | |
| **DAVID R. HERZOG, not individually but as Trustee for the Estate of Eric Ferguson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Adv. No. 20 A 00426 |
| | ) | |
| **ERIC FERGUSON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT PRETRIAL STATEMENT**

A.

**Plaintiff's Theory of Each Claim**

Plaintiff, David R Herzog, not individually but solely in his capacity as Chapter 7 Trustee, seeks to bar the Debtor's discharge pursuant to Section 727(a)(5) of the Bankruptcy Code (11 U.S.C. § 727(a)(5). On November 25, 2019, the Defendant, Eric Ferguson, sold real estate commonly known as 2911 W. Harrison St., Chicago, IL., and received net proceeds from the sale of the property in the amount of $70,159.22. The proceeds were deposited by wire transfer into Defendant's bank account at U.S. Bank, account no. ending in 5081 on November 26, 2019. Between November 26, 2019 and the end of January, 2020, the Defendant transferred monies back

˜1˜

and forth between his U.S. Bank account ending in 5081 and his U.S. Bank account ending in 1271. As of January 16, 2020 the account ending in 5081 had a balance of $ -80.68 and as of January 23, 2020, the account ending in 1271 had a balance of $ 0.57. Between November 26, 2019 and January 10, 2020, the Defendant made cash withdrawals from ATM machines at various casinos totaling the sum of $15,210.22. In addition, the Defendant made cash withdrawals from his account ending in 1271 of $9,000 on December 2, 2019; $20,000 on December 4, 2019; $1,000 and $3,000 on December 6, 2019; $3,000 on December 9, 2019; and $1,000 on December 23, 2019, totaling $37,000 in cash bank withdrawals. On September 25, 202, the Defendant filed a voluntary petition under Chapter 7 of the Bankruptcy Code. Schedule F of the bankruptcy petition listed the amount of $51,617.00 in unsecured debt.

Defendant has failed to provide any documentation to the Trustee as to the use of the $52,210.22 in cash withdrawals during this period other than to explain that he used it for gambling. Because of the lack of any documentation with respect to the use of these monies, the Debtor has failed to satisfactorily explain, within the meaning of Section 727(a)(5), the loss and deficiency of the sale proceed funds received by the Defendant.

## Defendant's Theory of Each Claim

Defendant, Eric Ferguson, opposes Plaintiff's objection to discharge. On November 25, 2019, the Defendant, Eric Ferguson, sold real estate commonly known as 2911 W. Harrison St., Chicago, IL., and received net proceeds from the sale of the property in the amount of $70159.22. Between November 26 and the end of January made approximately 49 ATM withdrawals at Casinos ranging from $106.99 to $1006.99. The average withdrawal is $379.00. Bank records indicate that the Defendant was present at various casinos on 10/24/2019, 11/13/2019, 11/15/2019,

11/18/2019, 11/19/2019, 11/20/2019, 11/29/2019, 12/2/2019, 12/4/2019, 12/10/2019, 12/12/2019, 12/16/2019, 12/17/2019, 12/19/2019, 12/23/2019, 12/2/2019, 12/26/2019, 12/26/209, 1//2/2019, 1/5/2019, 1/6/2019, 1/7/2019, 1/9/2019 and 1/10/2019.

Counter withdrawal records indicate Defendant withdrew $9,000.00 on 12/2/2019, $20008.00 on 12/4/2019, $1,000 on 12/6/2019, $3,000 on 12/6/2019 and $3000 on 12/9/2019. The $9,000 and $20008.00 cash withdrawals occur on dates that correspond to dates ATM withdrawals indicate he was in attendance at casinos. The remaining 3 cash withdrawals were followed by casino trips a few days after the withdrawals.

Defendant requested an accounting of his gambling from Ameristar and the Horseshoe Casino. Ameristar provided estimates totaling $14,255. However, upon information and belief it is not an accounting of actual funds gambled, but an estimate based on what an average gambler would lose in the time frame the player's card was used at the table. The horseshoe casino would not provide any documentation of losses.

Defendant's ATM withdrawals indicate 24 visits to casinos within an approximate 2 ½ month period. The frequency of casino visits is indicative of problematic gambling occurring by the Defendant after receiving the proceeds from the sale of the house.

Fore the foregoing reasons the Defendant has satisfactorily explained, within the meaning of Section 727(a)(5), the loss and deficiency of the sale proceed funds received by the Defendant.

**B.**

**Statement of Stipulated Facts**

1. The Defendant, Eric Ferguson, filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on September 25, 2020.

2. The Plaintiff, David R. Herzog was duly appointed and is the acting Chapter 7 Trustee in Bankruptcy of the Debtor's estate.

3. On December 20, 2020, the Trustee filed a timely adversary proceeding in this case seeking to bar the Defendant's discharge.

4. This is a civil proceeding arising under, in, or related to a case under Title 11 of the United States Code and this Court has jurisdiction of this proceeding pursuant to 28 U.S.C. §§ 1334(a) and 1334(b).

5. This is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. §157(b)(2)(J) of the United States Code, LR 40.3.1 and IOP 15A of the United States District Court of the Northern District of Illinois.

6. Venue is properly in this Court pursuant to 29 U.S.C. c1409(a) in that the Debtor's Chapter 7 Petition in Bankruptcy was filed in this District.

7. The Defendant filed his Petition, Schedules and Statement of Financial Affairs under penalty of perjury.

8. Schedule F lists total unsecured debt as of the of the filing of the Petition in the amount of $51,617.00

9. On November 25, 2019, the Defendant closed on the sale of real estate which he owned located at and commonly known as 2911 W. Harrison St., Chicago, IL. As a result of this sale the Defendant received net proceeds in the amount of $70,159.22.

10. The sum of $70,159.22 was wired into the Defendant's US. Bank account ending in 5081 on November 26, 2019.

11. Between November 26, 2019 and the end of January, 2020, the Defendant transferred monies back and forth between his US.Bank account ending in 5081 and his U.S.Bank account ending in 1271.

12. As of January 16, 2020 the account ending in 5081 had a balance of $ -80.68 and as of January 23, 2020, the account ending in 1271 had a balance of $ 0.57.

13. Between November 26, 2019 and January 10, 2020, the Defendant made cash withdrawals from ATM machines at various casinos totaling the sum of $15,210.22.

14. The Defendant made counter cash withdrawals from his account ending in 1271 of $9,000 on December 2, 2019; $20,000 on December 4, 2019; $1,000 and $3,000 on December 6, 2019; $3,000 on December 9, 2019; and $1,000 on December 23, 2019, totaling $37,000 in counter cash bank withdrawals.

15. Between November 26, 2019 through January 10, 2020, the Defendant made cash withdrawals at ATM machines located at various casinos and counter cash bank withdrawals totaling the sum of $52,210.22.

## C.

## Material Facts in Dispute

1. Has the Defendant satisfactorily explained the loss of $52.210.22 in cash withdrawals?

2. Were the cash withdrawals used solely for the purpose of gambling?

## D.

## Plaintiff's Witnesses

1. Eric Ferguson, Adverse

## Defendant's Witnesses

1. Eric Ferguson

## E.

## Joint Exhibits

1. Petition, Schedules and Statement of Financial Affairs filed September 25, 2020.

2. Fidelity National Title Company, LLC Closing Statement dated November 25, 2019.

3. US Bank Statement for the period November 19, 2019 through December 16, 2019 for the account ending in 5081

4. US Bank Statement for the period December 17, 2019 through January 16, 2020 for the account ending in 5081.

5. US Bank Statement for the period November 23, 2019 through December 20, 2019 for the account ending in 1271.

      6.    US Bank Statement for the period December 21, 2019 through January 23, 2020 for the account ending in 1271.

      7.    December 2, 2020 Counter Withdrawal from account ending in 1271 in the amount of $9,000.

      8.    December 4, 2020 Counter Withdrawal from account ending in 1271 in the amount of $20,000.

      9.    December 6, 2020 Counter Withdrawal from account ending in 1271 in the amount of $1,000.

      10.    December 6, 2020 Counter Withdrawal from account ending in 1271 in the amount of $3,000.

      11.    December 9, 2020 Counter Withdrawal from account ending in 1271 in the amount of $3,000.

      12.    January 19, 2021 Ameristar Casino gambling estimates.

**F.**

**Objections to Opposing Party's Witnesses**

None

**G.**

**List of Exhibits Which a Party Plans to Offer an Objection**

None

Respectfully submitted,

| Plaintiff, David R. Herzog | Defendant, Eric Ferguson |
|---|---|
| David R. Herzog<br>Chapter 7 Trustee<br>77 W. Washington St. #1400<br>Chicago, Illinois 60602<br>(312) 977-1600<br>drhlaw@mindspring.com | Troy Gleason<br>Gleason & Gleason<br>77 W. Washington St. Ste. 1218<br>Chicago, Illinois 60602<br>(312) 578-9530<br>troy@chicago.com |
| _/s/ David R. Herzog_<br>   Plaintiff | By: _/s/ Troy Gleason_<br>   One of his Attorneys |